Southern Division

JAMES N. CARROLL )
 )   Case # _____   
 )
vs )
 )   Indictment Relevant at all Times
 )
UNITED STATES OF AMERICA )
 )   CV-17-TMP-0391-S
 )

FILED
2017 MAR 13 P 1:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR DAMAGES

I, James N. Carroll, being a resident of the State of Alabama and of legal age, do hereby make a complaint for damages for being held, pending transfer to Chapter 7 Bankruptcy from Chapter 11 Bankruptcy by the "Trustee".

The Trustee claims he owns James N. Carroll's company, JBJ Construction, LLC and has used his company (JBJ Construction, LLC) to collect more than nine million dollars ($9,000,000.00) in money and other property for the "pretense" of paying the Creditors of JBJ Construction, LLC.

James N. Carroll filed for Chapter 11 Bankruptcy on behalf of "his company" on November 22, 2013 in an attempt to save his business. He feels he still owns "JBJ" even today. The Articles of Organization, and the Operating Agreement for his company states that "Ownership will remain in the hands of its members unless it is disposed of by its members". No other Entity can change "ownership" except its members, which are James N. Carroll and Betty L. Carroll.

Even the false charges of a Bankruptcy crime and the false reporting of "JBJ" as a "Partnership" does not and cannot change the ownership. Even the prosecution and persecution he has endured cannot change the ownership, nor, the taking of property, money and other assets through the "process of forgery", does not and cannot establish ownership for the Bankruptcy Trustee or the Trustee for the "Deed of Trust" (March 2, 2005).

James N. Carroll is the legal owner of Logan Farms Subdivision property in Vance, Alabama. He has paid back (in full) the $650,000.00 for the purchase of 65.1 acres from E.J. Martin and William J. Martin. The enclosed copy of the contract is evidence that the "contract" was altered and to-date it has not closed. James N. Carroll claims "Specific Performance" to settle that particular issue.

Page 2 – Complaint

## CLAIM FOR DAMAGES FOR CRIMINAL PROSECUTION

Comes now James N. Carroll and claims a monetary settlement well in excess of $10,000,000.00 for partial payment of this claim. James N. Carroll asks the court to establish a fair and equitable settlement amount including Court costs, etc.

## VICTIMS IMPACT STATEMENT

James N. Carroll is the victim of The Bankruptcy Trustee and the Trustee of the "Deed of Trust" that was established around March 2, 2005 and apparently concealed until found by a Commonwealth Title Attorney, Elizabeth Yerington. She indicating that Commonwealth Title has franchise agents and lawyers all over America, and these entities have their own insurance carriers and lawyers. In our two hour phone conversation she indicated that I might want to investigate the possibility of the "locals" being more responsible than the "parent company". James N. Carroll has been grievously damaged in these actions and seeks damages in an amount to be determined by this Honorable Court.

These on-going condition/actions has been building since January 8, 2003. It has drained our finances, but, the "Trustee" still seeks more.

Our investigation seems to reveal the organization of a potential "criminal cover-up" to gloss over or conceal acts such as, forgery, blackmail and extortion, etc. This has caused untold damages to the Carroll Family and "Carroll" prays the Court will award damages in a fair and equitable amount plus costs. etc.

James N. Carroll has lost his business, his retirement, his credit and his reputation. His health has been impaired and the mental anguish he has endured has complicated his ability to earn a living for his family. The removal of his 2nd Amendment Rights has damaged his ability to protect his family as well. These and other actions violate his constitutional and civil rights, and appear to be nothing less than a "HATE CRIME".

Therefore, Carroll claims damages in an amount established by the Court

*James N. Carroll*
James N. Carroll
6048 Red Hollow Road
Birmingham, Alabama  35215
(205) 410-6039